IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:13-CV-00124 |
| | § | |
| CORDILLERA COMMUNICATIONS, | § | |
| INC., KVOA COMMUNICATIONS, INC. | § | |
| d/b/a KRIS COMMUNICATIONS, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO CHAPTER 27 OF THE TEXAS CIVIL PRACTICE & REMEDIES CODE

On the ___ day of _____, 2014 came on to be heard and considered Defendants Cordillera Communications, Inc., KVOA Communications, Inc. d/b/a Kris Communications' Motion to Dismiss Pursuant to Chapter 27 of The Texas Civil Practice & Remedies Code. The parties appeared through their respective attorneys of record. After careful consideration of the Motion and evidence, considering the pleadings, supporting and opposing affidavits, and the arguments of counsel finds that the Motion is well taken and should be, and hereby is, in all respects GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' Cordillera Communications, Inc., KVOA Communications, Inc. d/b/a Kris Communications' Motion to Dismiss Pursuant to Chapter 27 of The Texas Civil Practice & Remedies Code shall be and is hereby GRANTED in all respects.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims of Plaintiff against Defendants arising out of Defendants' 2014 broadcasts are hereby dismissed with prejudice in their entirety. Plaintiff shall take nothing from these claims.

2

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in accordance with Texas Civil Practice & Remedies Code Section 27.009(l), Defendants are entitled to recover their attorneys' fees and costs in bringing the Motion to Dismiss and defending against these claims.  Defendants are ordered to submit evidence of their fees and costs by affidavit within 14 days from the date of this Order.  Defendants shall be awarded such other and further relief to which Defendants may be justly entitled, at law or in equity.

SIGNED and ENTERED on the _____day of _____, 2014.

_____
HONORABLE NELVA GONZALES RAMOS,
UNITED STATES DISTRICT JUDGE