haynes*boone*

October 15, 2014

*Via CMS/ECF*

The Honorable Nelva Gonzales Ramos
United States District Court for the Southern District of Texas
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

Re:   Case No. 2:13-cv-00124; *Christopher Williams v. Cordillera Communications, Inc. and
      KVOA Communications, Inc. d/b/a/ KRIS Communications;* in the United States District
      Court for the Southern District of Texas, Corpus Christi Division

Dear Judge Ramos:

Defendants respectfully write to alert the Court to another very recent ruling that might bear on the pending attorney's fees issue before the Court in the above referenced case.

In *Theaola Robinson v. The Walt Disney Company, et al.;* Cause No. 2011-54895 (234th District Court, Harris County, Tex,) Judge Ward recently awarded defendant KTRK attorney's fees and expenses of $258,708.32 in defense of the litigation after the First Court of Appeals rendered a judgment for the defendant/movant on their anti-SLAPP Motion to Dismiss and remanded the case to the trial court for an attorneys' fees determination in accordance with the TCPA §27.009. The Court relied upon the attorney's fee affidavit to support the fee award.

The only remaining matter before this Court in *Williams v. Cordillera Communications* is the pending motion for fees supported by an attorney's fee affidavit. If there is any further information the Court needs while this matter is under submission, please do not hesitate to contact me.

Respectfully yours,


  /s/ Laura Lee Prather_____
Laura Lee Prather
Partner
Haynes and Boone, LLP
Direct Phone Number: (512) 867-8476
Direct Fax Number: (512) 867-8609
laura.prather@haynesboone.com


Enclosures

Haynes and Boone, LLP
Attorneys and Counselors
600 Congress Ave., Suite 1300
Austin, Texas 78701-3285
Phone: 512.867.8400
Fax: 512.867.8470
www.haynesboone.com

A-308408_1

The Honorable Nelva Gonzales Ramos
October 15, 2014
Page 2

cc: Jon D. Brooks

8/14/2014 5:58:21 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 2167749
By: CORNETT, LAWANDA

CAUSE NO. 2011-54895

*P-3*
*8B*
*ATFEX*
*SANCX*

| | | |
|---|---|---|
| THEAOLA ROBINSON, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE WALT DISNEY COMPANY; | § | |
| CC TEXAS HOLDING CO., INC.; and, | § | |
| KTRK TELEVISION, INC. | § | |
| | § | |
| Defendants. | § | 234TH JUDICIAL DISTRICT |

## ORDER AND FINAL JUDGMENT

On this day, came to be considered Defendant KTRK Television, Inc.'s ("KTRK") Motion and Brief In Support Of Award Of Attorney's Fees, Court Costs, Expenses, And Sanctions And For Entry Of Final Judgment Pursuant To Chapter 27 Of The Civil Practice And Remedies Code. The Court having considered the Motion, the Plaintiff's response thereto, if any, the arguments of counsel, if any, and the pleadings on file, is of the opinion that the Motion is well taken and should be GRANTED in its entirety. It is therefore,

ORDERED, ADJUDGED AND DECREED that Defendant KTRK's Motion and Brief In Support Of Award Of Attorney's Fees, Court Costs, Expenses, And Sanctions And For Entry Of Final Judgment Pursuant To Chapter 27 Of The Civil Practice And Remedies Code, be and is hereby GRANTED in its entirety. *part as follows* It is further;

ORDERED, ADJUDGED AND DECREED that the Affidavit of Laura Prather, attached to the Motion as Exhibit A, and that the Exhibit No. A-1 attached to such affidavit are hereby ADMITTED into evidence in their entirety. It is further,

ORDERED, ADJUDGED AND DECREED that Defendant KTRK recover from Plaintiff Theaola Robinson for such amounts:

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

*PC/1-1*

1. $ 251,689.29 for attorneys' fees, an amount which the Court finds to be reasonable and necessary based on the evidence admitted and considered in this cause;

2. $ 3895.80 for expenses, an amount which this Court finds to be reasonable and necessary based on the evidence admitted and considered in this cause; and

3. $ 3133.33 in court costs. It is further,

ORDERED, ADJUDGED AND DECREED that Defendant KTRK recover from Plaintiff Theaola Robinson $ 100.00 in sanctions under Civil Practice and Remedies Code §27.009(a)(2), an amount which, based on the evidence admitted and considered in this case, the Court finds to be sufficient and necessary to deter Plaintiff from bringing similar actions described by Chapter 27 of the Texas Civil Practice and Remedies Code. It is further,

ORDERED, ADJUDGED AND DECREED that Plaintiff shall pay post-judgment interest on all of the above at the rate of 5%, compounded annually, from the date this judgment is entered until all amounts are paid in full. It is further,

ORDERED, ADJUDGED AND DECREED that if Plaintiff unsuccessfully appeals this judgment to an intermediate court of appeals, Defendant will additionally recover from Plaintiff the amount of $ 25,000, representing the anticipated reasonably and necessary fees and expenses that would be incurred by Defendant in defending the appeal. It is further,

ORDERED, ADJUDGED AND DECREED that if Plaintiff unsuccessfully appeals this judgment to the Texas Supreme Court, Defendant will additionally recover from Plaintiff the amount of $ 25,000, representing the anticipated reasonably and necessary fees and expenses that would be incurred by Defendant in defending the appeal. It is further,

2

ORDERED, ADJUDGED AND DECREED that Plaintiff Theaola Robinson TAKE NOTHING on her claims against Defendant KTRK, and that all such claims are hereby DISMISSED WITH PREJUDICE.

THIS IS A FINAL JUDGMENT. ALL RELIEF NOT EXPRESSLY GRANTED HEREIN IS DENIED.

The Court orders execution to issue for this judgment.

SIGNED this ___8___ day of _Ocaoja_____, 2014

OCT - 8 2014

JUDGE PRESIDING

3