UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-124 |
| | § | |
| CORDILLERA COMMUNICATIONS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' request for attorneys' fees, costs, expenses, and sanctions pursuant to the Texas Anti-SLAPP Statute (D.E. 61). The Court requests clarification from Defendants regarding the matter set forth on page 17 of Defendants' reply (D.E. 64). Defendants state that the amount of attorneys' fees incurred defending against the newly-filed claims arising out of the 2014 broadcasts totals $84,366.75. After reviewing the supplemental affidavit submitted by Attorney Prather as Exhibit A and the billing statements submitted as Exhibit A-1, the Court is unable to determine the hours each attorney or staff member worked in regard to this $84,366.75 figure.

The Court requests that Defendants clarify the number of hours worked by each attorney and staff member in defending against the newly-filed claims arising out of the 2014 broadcasts. This clarification shall be submitted to the Court by October 28, 2014.

ORDERED this 21st day of October, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE